# EXHIBIT 2



**Gelest, Inc.**
11 East Steel Road
Morrisville, PA 19067

Phone: (215) 547-1015
Fax: (215) 547-2484

## INDEPENDENT CONTRACT SERVICES AGREEMENT

This Independent Contract Services Agreement (the "Agreement") is entered into as of November 1, 2016 (the "Effective Date"), between Gelest, Inc., a corporation organized under the laws of the Commonwealth of Pennsylvania, with offices at 11 East Steel Road, Morrisville, PA 19067 ("Company") and Alain E. Kaloyeros, an individual residing at 203 Forest Haven Drive, Slingerlands, NY 12159 ("Independent Contractor")(Company and Independent Contractor may be referred to in this Agreement collectively as "Parties" or individually as a "Party"), as follows:

1. <u>Independent Contractor</u>. Subject to the terms and conditions of this Agreement, the Company hereby engages Independent Contractor as a scientific consultant for the purpose of developing new products and technologies, improving existing products and technologies, authoring scholarly works and performing other related functions.

2. <u>Responsibilities, Term, and Compensation</u>. Independent Contractor's responsibilities, term of engagement, compensation, and provisions for payment thereof shall be in accordance with the provisions of this Agreement, and as set forth in a statement of work ("SOW"), attached hereto as <u>Exhibit "A</u>." The SOW may be amended from time to time, but no such amendment shall be effective or binding unless it is documented in writing and signed by both Parties in accordance with the terms and provisions of this Agreement and which collectively are hereby incorporated by reference.

3. <u>Confidentiality.</u> Confidentiality terms are in accordance with the mutual non-disclosure agreement executed between the Company and Independent Contractor on November 9, 2016, which is attached to and made part of this Agreement as Exhibit B.

4. Ownership.

   a. <u>Works of Authorship.</u>.

      i. <u>Scholarly Works</u>. All original works of authorship, including without limitation, documents and files that are prepared or result from the performance by Independent Contractor of his duties under this Agreement which are published in scholarly journals or trade publications ("Scholarly Works"), shall remain the property of Independent Contractor or his assignees. However, Company is by this Agreement granted a limited license to use such Scholarly Works under the then-current Creative Commons Attribution-NonCommercial-NoDerivatives 4.0 International Public License. Company explicitly agrees with the license restriction that the creation of any derivative work of such Scholarly Works shall be prohibited.

      ii. <u>Other Works</u>. All original works of authorship, including without limitation, documents and files that are prepared or result from the performance by Independent Contractor of his duties under this Agreement which are not Scholarly Works ("Other Works"), are deemed to be "works made for hire," and shall be and remain the sole and exclusive property of the Company. Independent Contractor by this Agreement assigns all ownership rights in such Other Works to Company. Independent Contractor agrees to give the Company or its designees all assistance reasonably required to perfect such rights.

{01055457;v1 }

Independent Contractor Agreement –Alain E. Kaloyeros

1

b. Inventions.

    i.    <u>Fabrication and Applications Technology</u>.  All inventions of the class that includes fabrication and applications of materials technology that result from the performance by Independent Contractor of his duties under this Agreement ("Fabrication and Applications Technology") shall be jointly owned by both Independent Contractor and Company on a 50/50 basis.  Independent Contractor by this Agreement assigns Independent Contractor's 50% ownership rights to Company.  Both parties agree to negotiate in good faith to share any profits derived from the manufacture, sale and/or license of such Fabrication and Inventions Technology, including considering costs offsets incurred by either Party, including the recovery of costs associated with patent filing, prosecution and maintenance.

    ii.    <u>Other Inventions; Chemical Technology</u>.  All other inventions that result from the performance by Independent Contractor of his duties under this Agreement, including inventions that are wholly chemical compositions ("Other Inventions") are deemed to be "works for hire" and shall be and remain the sole and exclusive property of the Company.  Independent Contractor by this Agreement assigns all ownership rights in such Other Inventions exclusively to Company. Independent Contractor agrees to give the Company or its designees all assistance reasonably required to perfect such rights. Both parties agree to negotiate in good faith to share any profits derived from the manufacture, sale and/or license of such Chemical Technology, including considering costs offsets incurred by either Party, including the recovery of costs associated with patent filing, prosecution and maintenance.

6.   <u>Term</u>.  The Company agrees to retain the services of Independent Contractor for an initial term of twelve (12) months from the Effective Date("Term").  The Company and Independent Contractor may negotiate to extend the Term and the terms and conditions under which the relationship shall continue.

7.   <u>Relationship of Parties</u>. Independent Contractor shall at all times be, and shall be deemed to be, an independent contractor.  This Agreement shall not render Independent Contractor an employee, partner, agent of, or in joint venture with the Company for any purpose.  Independent Contractor shall not have the authority to act for or enter into any agreement or conclude any contract on behalf of or for the Company that would bind or create a financial obligation for the Company directly to a third party. It is the sole responsibility of Independent Contractor to pay, as required by law, all local withholding and other taxes, including, but not limited to applicable income tax, security, Medicare, and other taxes and amounts required by law, with respect to Independent Contractor's compensation hereunder. Independent Contractor shall have no claim against the Company hereunder or otherwise for vacation pay, sick leave, holiday pay, retirement benefits, social security, worker's compensation, health or disability benefits, unemployment insurance benefits, or other benefits as may be provided to Company employees.  Independent Contractor will spend such time as is appropriate to fulfill his obligations under this Agreement.

8.   <u>Reports; Communications</u>.  Independent Contractor agrees to promptly communicate and disclose to the Company all information obtained in the course of his services relating to the business of the Company.  Independent Contractor will prepare and submit to the Company written reports as requested with respect to the activities undertaken. The Company agrees to promptly communicate and disclose to Independent Contractor all information related to the business activities and interests

{01055457;v1 }

Independent Contractor Agreement –Alain E. Kaloyeros

2

of the Company that may assist Independent Contractor in performing his duties.

9.   Termination; Cause.  The Company may immediately terminate this Agreement at any time for cause.  For purposes of this Agreement, "cause" shall mean any action or inaction by Independent Contractor, which in the Company's sole discretion negatively impacts the Company, its reputation, or its relationship with its customers or the public or negatively affects Independent Contractor's ability to perform the services required by this Agreement.

10. Termination; Default.  If either Party fails to perform any obligation under this Agreement, then that Party shall be considered in default upon receipt of written notice of such failure to perform. Upon receipt of a written notice of default, the defaulting Party will, at its own expense, undertake immediate steps to remedy the default.  Should the defaulting Party fail to remedy such default within ten(10)days of receipt of notice, the other Party may terminate this Agreement.

11. Termination for Convenience.  Either party may terminate this Agreement at any time, for any reason, upon thirty (30) days advance written notice.

12. Effect of Termination.  In the event of termination of this Agreement, the Parties shall cease performance of their obligations under this Agreement.  The Parties shall return, or certify the destruction of all of the other Party's Confidential Information.  Independent Contractor shall promptly return to Company: (i) all Company Property (as defined in this Agreement), and (ii) all documents, materials provided to Independent Contractor or created by Independent Contractor for use in connection with this Agreement and tangible items associated with Works of Authorship and Inventions owned by Company pursuant to Section 4, including drafts, incomplete work product or unfinished works related to this Agreement.

13. Compliance with Laws; Indemnity.  Each Party agrees to comply with all applicable laws and regulations.  Each Party shall, at its own expense, indemnify, defend, and hold harmless, the other Party from and against any judgments, losses, damages, liabilities, costs or expenses (including, but not limited to, reasonable attorneys' fees and legal expenses) associated with or arising from (i) any breach or claimed breach of the terms of this Agreement by such Party or from a Party's performance or failure to perform hereunder; or (ii) any tortious or negligent act or omission by a Party or its agents in connection with the performance or non-performance of this Agreement.  Without limiting any other rights or remedies of the Parties, both Parties agree to indemnify and hold the other party, (and in the case of the Company, also its subsidiaries, directors, officers and shareholders) harmless from and against any and all claims, losses, liabilities, judgments, settlements, expenses and costs, (including, but not limited to, reasonable attorneys' fees and legal expenses) associated with any third party claim or action alleging that the Works of Authorship or Inventions as described in Section 4 infringe, misappropriate or violate in any manner any intellectual property right of any third party.

14. Non-Compete.  Independent Contractor agrees, during the Term of this Agreement, not to accept work or enter into any contract inconsistent, or in conflict or in competition with Independent Contractor's obligations under this Agreement.

15. Insurance. Independent Contractor will maintain automobile insurance for all travel related to the contractors's activities associated with this agreement.

16. Company Property. Any property provided by the Company to Independent Contractor for use in the performance of his duties under this Agreement shall continue to belong to the Company while in

{01055457;v1 }

Independent Contractor Agreement –Alain E. Kaloyeros

3

Independent Contractor's possession ("Company Property"). Independent Contractor agrees to promptly deliver all Company Property and all copies of Company Property in Independent Contractor's possession to the Company at any time upon request. Upon expiration or early termination of this Agreement for any reason. Independent Contractor agrees to promptly return to all Company Property in his possession, except as the Company may, by prior written approval, allow Independent Contractor to retain. Company shall furnish Independent Contractor, at no expense to Independent Contractor, available samples, catalogs, literature, demonstration equipment and any other material necessary for the execution of expected services.

17. <u>Governing Law</u>. This Agreement will be governed by and interpreted in accordance with the laws of the Commonwealth of Pennsylvania, without giving effect to its principles governing conflicts of law. The prevailing party shall be entitled to recover its reasonable attorneys' fees and costs incurred in connection with any action or proceeding arising out of or related to this Agreement.

18. <u>Waiver</u>. Waiver by either Party hereto of any breach of any terms or provision of this Agreement by the other Party of any of its obligations hereunder or the failure of such Party to exercise any of its rights in respect of such breach shall not be deemed, operate or be construed as a continuing waiver unless such waiver is agreed to in writing and signed by the waiving Party.

19. <u>Assignment</u>. The rights and obligations of the Company under this Agreement shall inure to the benefit of and shall be binding upon the successors and assigns of the Company. The rights, obligations and duties of Independent Contractor hereunder may be assigned or delegated with the Company's prior written consent.

20. <u>Notices</u>. Except as otherwise provided in this Agreement, any notices, requests or consents required or permitted under this Agreement shall be deemed to have been duly given or delivered (a) upon receipt when personally delivered, (b) upon receipt when sent by electronic transmission to a Party at the e-mail address set forth below for that Party, (c) upon receipt when sent by facsimile transmission to a Party at the facsimile number set forth below for that Party or (d) two (2) business days after the day when delivered prepaid via regular mail, certified mail, registered mail, FedEx or other reputable courier service; in each case addressed to the Party to whom the notice, request or consent is to be given or delivered at the following addresses, or at the most recent address specified by notice given to the other Party (provided, however, that any notice of an address change shall not be deemed to have been duly given or delivered until actually received):

Independent Contractor: Alain E. Kaloyeros
      203 Forest Haven Drive
      Slingerlands, NY 12159
      Email: akaloyeros@gmail.com
      Phone: 518-944-7284

If to the Company:    Gelest, Inc.
      11 E. Steel Road
      Morrisville, PA 19067
      Attn: Human Resources
      Email: jpredmore@gelest.com
      Phone: 215-547-1015

Any Party may change its address for purposes of the paragraph by written notice given in the manner

{01055457;v1 }

Independent Contractor Agreement –Alain E. Kaloyeros

Case 1:26-cv-20057-AMN-PDS   Document 1   SEALED   Filed 01/09/26   Page 6 of 8

provided above.

20. <u>Modification or Amendment</u>.   No amendment, change, waiver or modification of this Agreement shall be valid unless it is agreed to in writing and signed by the Parties.

21. <u>Entire Understanding</u>. With respect to its subject matter, this Agreement, including any attachment or exhibit attached hereto, constitutes the entire understanding and agreement of the Parties.

22. <u>Unenforceability of Provisions</u>.  If any provision of this Agreement, or any portion thereof, is held to be invalid and unenforceable, then the remainder of this Agreement shall nevertheless remain in full force and effect.

23. <u>Counterparts</u>.  This Agreement may be executed in multiple counterparts, each of which shall be an original, and all such counterparts shall constitute but one instrument.  Facsimile copies hereof may be executed as counterpart originals.

24. <u>Obligations</u>.  Nothing in this Agreement shall be interpreted as contradicting or conflicting with Independent Contractor's duties or obligations as a faculty member at the State University of New York ("SUNY Obligations").  Independent Contractor by this Agreement represents and warrants that SUNY Obligations do not prevent him from performing his duties under this Agreement and that SUNY Obligations entitle him to act as an independent consultant in accordance with the terms of this Agreement.

IN WITNESS WHEREOF, if both Parties have not executed and returned this Agreement to the Company by _____, this Independent Contract Services Agreement shall be considered expired.

**Gelest, Inc.**                                               **Alain E. Kaloyeros**


By:_____          By:_____
Date:_____          Date:_____
Name:  Barry Arkles, Ph.D.                                 Name:  Alain E. Kaloyeros, Ph.D.
Title:   President                                                 Title:   Independent Contractor

{01055457;v1 }

Independent Contractor Agreement –Alain E. Kaloyeros

## EXHIBIT A
**Statement of Work**

**All terms defined in the Parties' Independent Contract Services Agreement are incorporated herein.**

**CONTRACT PERIOD; TERM of AGREEMENT**

The initial term of this SOW ("SOW Term") is twelve (12) months from the Effective Date.

**RESPONSIBILITIES**

During the SOW Term, Independent Contractor services("Services") shall include the following:
- Provide expertise for the application or improvement of existing and developing products
- Author or coauthor articles, including review articles related to applications of Company products
- Assist in development and/or write applications brochures to highlight various Company product lines
- Visit to discuss and/or present professional lectures relating to new applications of materials technology related to Company products or to identify opportunities for new product development.
- Suggest, identify and/or evaluate new product development areas for feasibility, economics associated with commercialization.
- Develop or maintain ties to and interactions with the academic community on behalf of Company.
- Participate in technical meetings and presentations at technical meetings and seminars, trade events, and in academic or industrial partners and clients meetings and discussions as appropriate.

**SUPERVISOR**

Independent Contractor will report to Barry Arkles and his assignments will be directed by Barry Arkles, President of Company.

**COMPENSATION**

As full compensation for the Services rendered pursuant to this SOW, Company shall pay Independent Contractor ten thousand dollars ($10,000.00US) per month ("Monthly Rate"). The Monthly Rate shall reflect Independent Contractor's commitment to performing the Services during at least three (3) business days each month, which days shall be of at least eight (8) hours in duration. For any additional consulting time by Independent Contractor, Independent Contractor shall obtain advance written approval prior to incurring such time and cost. Once approved, Independent Contractor shall be compensated at a rate of $3,333.00 per day ("Daily Rate"). Independent Contractor will submit an invoice/bill for his Services, to be paid by Company within thirty (30) days via Company check.

{01055457;v1 }

Independent Contractor Agreement –Alain E. Kaloyeros

**BUSINESS RELATED EXPENSES**

Company will reimburse Independent Contractor for reasonable business related expenses incurred on a monthly basis. Independent Contractor shall obtain advance written approval prior to incurring any expenses for business-related travel, or for any single expense in excess of $2,000US. Independent Contractor will provide Company with supporting documentation including receipts for all expenses at the time of his request for reimbursement. The business related expenses are subject to Company's review and approval. Once approved, Company will reimburse Independent Contractor within thirty (30) days of the date of approval.

{01055457;v1 }

Independent Contractor Agreement –Alain E. Kaloyeros