# EXHIBIT 3

| | |
|---|---|
| **From:** | Soller, Christian J. |
| **To:** | Hrimatopoulos, Isabella K. |
| **Subject:** | FW: Kaloyeros v. Mitsubishi |
| **Date:** | Friday, January 9, 2026 3:50:48 PM |
| **Attachments:** | image002.png |

**Christian J. Soller**
Partner
Hodgson Russ LLP

Tel: 518.433.2445
Mobile: 518.596.2711
Fax: 518.465.1567



Twitter | LinkedIn | website | Bio | e-mail | vCard

Albany | 677 Broadway, Suite 401 | Albany, NY 12207
Tel: 518.465.2333 | map

Saratoga Springs | 60 Railroad Place, Suite 300 | Saratoga Springs, NY 12866
Tel: 518.736.2900 | map

New York City | 605 Third Avenue, Suite 2300 | New York, NY 10158
Tel: 212.751.4300 | map

**From:** Sobel, Jason M. <JSobel@brownrudnick.com>
**Sent:** Tuesday, January 6, 2026 1:00 PM
**To:** Soller, Christian J. <CJSoller@hodgsonruss.com>
**Cc:** Hrimatopoulos, Isabella K. <ihrimatopoulos@hodgsonruss.com>
**Subject:** RE: Kaloyeros v. Mitsubishi

<div style="border:2px solid navy; background:red; color:white; text-align:center; font-weight:bold; padding:4px;">External Email - Use Caution</div>

Christian,

No worries. Email can be an impersonal form of communication that leaves it very prone to things like that.

As to the answers to your questions form yesterday afternoon:

Gelest considers the confidentiality of the terms of the agreements, and dealings, with Alain Kaloyeros to be an issue that needs resolution. Therefore, Gelest believes the contents of your Complaint reflecting same should be filed under seal.

Also, we understand from your complaint that you intend to file in state court. But, because there is diversity, Gelest and Mitsubishi will remove the case to Federal Court. Therefore, if your client is going to file a complaint consistent with the one you shared, then you should file in Federal Court to avoid unnecessary litigation.

In the case that you will file the complaint in Federal Court, we will agree to waive service on behalf of Gelest and Mitsubishi in accordance with F.R.C.P. 4(d), which provides Defendants 60 days to respond to the Complaint as a matter of course. If you will file in Federal Court, you can send us the District Court's form of waiver of service and we will sign on behalf of the Gelest and Mitsubishi.

Jason

**Jason M. Sobel**
Partner

**brown**rudnick

Brown Rudnick LLP
Seven Times Square
New York, NY 10036
Direct: 212.209.4878
Fax: 212.938.2978
jsobel@brownrudnick.com
www.brownrudnick.com

---

**From:** Soller, Christian J. <CJSoller@hodgsonruss.com>
**Sent:** Monday, January 5, 2026 8:41 PM
**To:** Sobel, Jason M. <JSobel@brownrudnick.com>
**Cc:** Hrimatopoulos, Isabella K. <ihrimatopoulos@hodgsonruss.com>
**Subject:** Re: Kaloyeros v. Mitsubishi

> **CAUTION: External E-mail. Use caution accessing links or attachments.**

---

Thanks Jason. I'm sorry for calling you Scott. I don't know where that came from.

Get Outlook for iOS

---

**From:** Sobel, Jason M. <JSobel@brownrudnick.com>
**Sent:** Monday, January 5, 2026 8:24:21 PM
**To:** Soller, Christian J. <CJSoller@hodgsonruss.com>

**Cc:** Hrimatopoulos, Isabella K. <ihrimatopoulos@hodgsonruss.com>
**Subject:** RE: Kaloyeros v. Mitsubishi

<div style="border:2px solid navy; background:red; color:white; text-align:center; font-weight:bold; padding:6px;">External Email - Use Caution</div>

Hi Christian,

I hope you had a meaningful holiday season. I expect to have an answer for you tomorrow by midday.

Jason

**Jason M. Sobel**
Partner

**brown**rudnick

Brown Rudnick LLP
Seven Times Square
New York, NY 10036
Direct:  212.209.4878
Fax:      212.938.2978
jsobel@brownrudnick.com
www.brownrudnick.com

**From:** Soller, Christian J. <CJSoller@hodgsonruss.com>
**Sent:** Monday, January 5, 2026 2:29 PM
**To:** Sobel, Jason M. <JSobel@brownrudnick.com>
**Cc:** Hrimatopoulos, Isabella K. <ihrimatopoulos@hodgsonruss.com>
**Subject:** Kaloyeros v. Mitsubishi

<div style="border:1px solid #b8860b; background:#fbf3d0; padding:4px;"><strong>CAUTION:</strong> External E-mail. Use caution accessing links or attachments.</div>

Hi Scott. Happy New Year. Having not heard back from you, I am about to file the enclosed summons and complaint but before I do, is there any objection to me not doing so under seal, in light of the confidentiality provisions in the subject agreement? Neither my client nor I think that's necessary since nothing about this pleading discloses sensitive data but figured to err with caution by making sure you agree.  If I do not hear from you either way by close of business tomorrow 1/6/26, I will assume there is no objection to public filing

and proceed accordingly, in which case will you accept service on defendants' behalf?

Thanks,
-Christian

**Christian J. Soller**
Partner
Hodgson Russ LLP

Tel:        518.433.2445
Mobile:   518.596.2711
Fax:        518.465.1567



Twitter | LinkedIn | website | Bio | e-mail | vCard

Albany | 677 Broadway, Suite 401 | Albany, NY 12207
Tel: 518.465.2333 | map

Saratoga Springs | 60 Railroad Place, Suite 300 | Saratoga Springs, NY 12866
Tel: 518.736.2900 | map

New York City | 605 Third Avenue, Suite 2300 | New York, NY 10158
Tel: 212.751.4300 | map

*This message may contain confidential information that is protected by the attorney-client privilege or otherwise. If you are not the intended recipient, you are notified that any disclosure, copying, or use of the contents of this message is strictly prohibited. If this message has been received by you in error, please notify the sender immediately by e-mail and delete the original message. Thank you.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*This message may contain confidential information that is protected by the attorney-client privilege or otherwise. If you are not the intended recipient, you are notified that any disclosure, copying, or use of the contents of this message is strictly prohibited. If*

*this message has been received by you in error, please notify the sender immediately by e-mail and delete the original message. Thank you.*

*********************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

*********************************************************************************