- 1 -

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ALAIN E. KALOYEROS,

                            Plaintiff,

   -against-

GELEST, INC. and MITSUBISHI CHEMICAL AMERICA, INC.

                            Defendants.

Civ. No. 1:26-cv-57 (AMN/PJE)

**NOTICE OF MOTION TO COMMENCE ACTION UNDER SEAL**

---

      **PLEASE TAKE NOTICE** that, upon the accompanying Declaration and Memorandum of Law, and upon all impending proceedings, Plaintiff, ALAIN E. KALOYEROS, on a date and time to be determined by the Court, on submission of the papers, will make a motion at the United States District Court, Northern District of New York, Albany, New York, for an Order, pursuant to Local Rule 5.3, permitting Plaintiff to file his Complaint commencing breach-of-contract litigation against Defendants, under seal, and for such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 7.1(a) of the Local Rules of the United States District Court for the Northern District of New York, any papers to be submitted in opposition to the within motion must be filed with the Clerk of the Court and served upon counsel for Plaintiff no later than 21 days after service of the motion.

Dated:   Albany, New York
         January 9, 2026

Respectfully submitted,

**HODGSON RUSS** LLP
*Attorneys for Plaintiff*
*ALAIN E. KALOYEROS*

By: */s/ Christian J. Soller*
Christian J. Soller
677 Broadway, Suite 401
Albany, New York 12207
Telephone: 518.433.2445
Email: cjsoller@hodgsonruss.com