UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ALAIN E. KALOYEROS,

                        Plaintiff,

  -against-

GELEST, INC. and MITSUBISHI CHEMICAL AMERICA, INC.

                        Defendants.

Civ. No. 1:26-cv-57 (AMN/PJE)

**DECLARATION IN SUPPORT OF MOTION TO SEAL**

---

CHRISTIAN J. SOLLER, under penalty of perjury pursuant to 28 U.S.C. §1746, declares the following to be true and correct:

1. I am a member of the law firm of HODGSON RUSS LLP, attorneys for Plaintiff Alain E. Kaloyeros. I make this declaration pursuant to Local Rule 5.3 in support of Plaintiff's motion to commence this breach-of-contract action against Defendants Gelest, Inc. and Mitsubishi Chemical America, Inc. under seal. A copy of Plaintiff's Complaint is attached hereto as **Exhibit 1**.

2. In sum and substance, Plaintiff alleges that he has not been fairly compensated for his inventions and work, in violation of the letter and spirit of the contracts entered into between the parties. Those contracts contain a confidentiality provision. *See, e.g.*, Section 3 of their Independent Contract Services Agreement, a complete copy of which is attached as **Exhibit 2**. That section cross-references Exhibit B to the Agreement, of which I am not yet in possession.

3. I have been in contact with counsel for Defendants in the effort to resolve this matter in lieu of litigation. Those efforts have been unsuccessful, necessitating this lawsuit.

- 2 -

4.       Due to the confidentiality provision between the parties, I sent counsel a draft of Plaintiff's Complaint, noting my intention to publicly file the document based on my belief that the public filing would seem to breach neither the letter nor spirit of the parties' confidentiality agreement, since the Complaint does not reference or disclose any private, sensitive or proprietary information relating to Plaintiff's inventions.

5.       Defendants disagree, however, and requested that Plaintiff file his Complaint under seal. Plaintiff seeks to avoid counterclaims alleging a breach of confidentiality, however frivolous such a counterclaim may be (it would be). A copy of our email exchange to this effect is attached as **Exhibit 3**.

6.       Accordingly, Plaintiff seeks a Court Order permitting him to commence and litigate this matter under seal, or denying the application and, in turn, authorizing Plaintiff to do so publicly vis-à-vis the more conventional methods.

7.       I am serving Defendants' counsel with a copy of this application by email upon submission to the Court.

Dated:  Albany, New York
          January 9, 2026

                                                                               */s/Christian J. Soller*