UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ALAIN E. KALOYEROS,

                              Plaintiff,

  -against-

GELEST, INC. and MITSUBISHI CHEMICAL AMERICA, INC.

                              Defendants.

Civ. No. 1:26-cv-57 (AMN/PJE)

**PROPOSED ORDER GRANTING SEAL APLICATION**

---

       Plaintiff Alain E. Kaloyeros has submitted a motion for an order to file under seal Exhibits 1-3 to the Declaration of Christian J. Soller filed in support of Plaintiff's motion to seal.

       Upon review of Plaintiff's Motion to Seal (the "Motion") and for the reasons stated therein, the Court grants the Motion. The Clerk of the Court shall file unredacted versions of the documents identified therein under seal. The Court further orders that all unredacted versions of these documents remain confidential pending further order of this Court.

Dated:

                                                                  Hon.

68644530v1